Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Orlando Division

| | |
|---|---|
| CONSCIOUS CONTENT INC., a Delaware corporation, and KIMBERLY RESCH, an individual,<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>MATTHEW KINCAID, an individual, and BUMBLE MOBILE LLC, an Indiana limited liability company,<br>Defendants.<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*   ☒ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Kimberly N Resch |
   | Street Address | 2946 Broadleaf Ct |
   | City and County | Oviedo Seminole |
   | State and Zip Code | FL 32765 |
   | Telephone Number | 689-777-3633 |
   | E-mail Address | kimberly@consciouscontent.org |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Matthew Kincaid |
| Job or Title *(if known)* | CEO |
| Street Address | 6212 US Highway 6, #289 |
| City and County | Portage Porter |
| State and Zip Code | Indiana 46368 |
| Telephone Number | 602-578-8638 |
| E-mail Address *(if known)* | tech.onesourceapp@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)*   tech.onesourceapp@gmail.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17 U.S.C. §§ 101 et seq., including 17 U.S.C. § 501 (Copyright Infringement)
17 U.S.C. § 512(g) and § 512(f) (Digital Millennium Copyright Act – Counter-Notice and Misrepresentation) 28 U.S.C. § 1338(a) (Exclusive federal jurisdiction over copyright claims)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* KIMBERLY RESCH, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* CONSCIOUS CONTENT INC, is incorporated under the laws of the State of *(name)* Delaware
    and has its principal place of business in the State of *(name)* Florida.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* MATTHEW KINCAID, is a citizen of

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        the State of *(name)*   Indiana  . Or is a citizen of
        *(foreign nation)*

    b.    If the defendant is a corporation

        The defendant, *(name)*   BUMBLE MOBILE LLC  , is incorporated under the laws of the State of *(name)*   Indiana  , and has its principal place of business in the State of *(name)*   Indiana  .

        Or is incorporated under the laws of *(foreign nation)*         , and has its principal place of business in *(name)*         .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

> Plaintiff rendered over 8 months of work and services valued at over $439,000, including branding, website development, software, marketing, and strategic operations. Plaintiff also seeks damages for copyright infringement and lost opportunity costs exceeding $1.5 million.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Plaintiffs CONSCIOUS CONTENT INC. and KIMBERLY RESCH bring this civil action based on a 10-month professional relationship with Defendants MATTHEW KINCAID and BUMBLE MOBILE LLC, during which Plaintiffs created original intellectual property, branding, marketing materials, legal content, and user interfaces for the "iLifeBumble" telecom project. Despite entering into a signed Independent Contractor Agreement in March 2025 and operating in good faith, Defendants failed to provide valid telecom licensing documents necessary for lawful execution of the proposed services. Plaintiffs' original assets were subsequently used without permission following Defendants' unilateral termination of the agreement after receiving a cease-and-desist notice. Defendants continued to publish and misrepresent Plaintiff-created content on the Bumble Mobile website, then filed a knowingly false DMCA counter-notice, which triggered the requirement for Plaintiffs to seek federal court intervention to prevent restoration of the infringing site. Plaintiffs further contributed proprietary business development opportunities, including executive-level introductions, strategic branding materials, and communications that positioned Bumble Mobile before major partners. These efforts were nullified due to Defendants' failure to meet legal and operational due diligence. All facts and evidence supporting these claims are detailed in the accompanying narrative, declaration, and exhibit packet submitted with this complaint. In addition to federal copyright violations under 17 U.S.C. § 501 and misrepresentation under 17 U.S.C. § 512(f), Plaintiffs assert state law claims including unjust enrichment, conversion of intellectual property, fraudulent inducement, and tortious interference. These claims arise from the same set of operative facts and are properly brought under this Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs request a **preliminary and permanent injunction** to stop Defendants from using, hosting, or distributing any materials created by Conscious Content Inc., including website content, branding, sales decks, and portal functionality.

Plaintiffs request the court to **issue a declaratory judgment** confirming that Plaintiffs are the sole owners of the intellectual property in question and that Defendants submitted a **fraudulent DMCA counter-notice**.

Plaintiffs request **actual damages** for unpaid labor, development, and intellectual property usage totaling approximately **$439,000**, based on 8 months of uncompensated work and market rate valuations.

Plaintiffs also seek **punitive damages** due to the intentional misrepresentation of ownership in a federal DMCA notice, false claims made to hosting providers, and unauthorized ongoing use.

If the website is reactivated, the harm to the Plaintiff's reputation, credibility, and commercial opportunities will increase. Plaintiff seeks an **immediate injunction** to prevent reactivation pending trial.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 10, 2025

Signature of Plaintiff

Printed Name of Plaintiff    Kimberly N Resch

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address